

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00587-CV

**IN RE** Richard **ALVAREZ**, Petra Davina Trevino-Rodriguez,
and Eliberto Roy Trevino

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On August 13, 2014, relators filed a petition for writ of mandamus and a motion for emergency temporary stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 21, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary emergency relief is GRANTED. Any enforcement of the trial court's August 12, 2014 Order Granting Ex Parte Temporary Restraining Order is TEMPORARILY STAYED until further order of this court.

It is so **ORDERED** on August 14th, 2014.           PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-08-00236-CVF, styled *Concerned Citizens of Pearsall and Henry Martinez v. City of Pearsall, TX; Petra Davina Trevino-Rodriguez, Individually; Eliberto Roy Trevino, Individually; and Richard Alvarez, Individually*, pending in the 218th Judicial District Court, Frio County, Texas, the Honorable Dick Alcala presiding.